

## CORPORATION FILE DETAIL REPORT

| File Number | 68627737 | | |
|---|---|---|---|
| Entity Name | KINETIC MANAGEMENT, INC. | | |
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 08/06/2012 | State | ILLINOIS |
| Agent Name | JAMES PAPPAS | Agent Change Date | 08/06/2012 |
| Agent Street Address | 17W729A ROOSEVELT RD | President Name & Address | SABIHA KHAN 18W686 31ST OAKBROOK IL 60523 |
| Agent City | OAKBROOK TERRACE | Secretary Name & Address | INVOLUNTARY DISSOLUTION 01 12 18 |
| Agent Zip | 60181 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2017 |
| Assumed Name | INACTIVE - KINETIC CONSULTANT & CONTRACTORS | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE