## CONTRACTOR'S CLAIM FOR LIEN

STATE OF ILLINOIS )
) SS.
COUNTY OF DuPage )

**ORIGINAL CONTRACTOR'S
CLAIM FOR LIEN**

**FRED BUCHOLZ**
**DUPAGE COUNTY RECORDER**
AUG.21,2015     RHSP    12:20 PM
OTHER      $40.00    06-20-301-051
**003 PAGES    R2015-093410**

THE UNDERSIGNED LIEN CLAIMANT, Sabiha Waheed, of Kinetic Management, 18W686 31st St, County of DuPage, State of Illinois, hereby files a claim for Mechanics Lien against Haris Aleem, of 11 Bracken Ct, Lombard, County of DuPage, State of Illinois, (hereinafter referred to as "Owner"); and all other persons or entities having or claiming and interest in the below described real estate, and in support thereof states as follows:

1. On December 1, 2014, Owner, owned the following described real estate in the County of DuPage, State of Illinois, to wit:

commonly known as 11 Bracken Ct., Lombard, Illinois, which real estate has the folloiwng permanent index number, 06-20-301-051 and which is hereinafter together with all improvements referred to as the "Premises."

2. On December 1, 2014, Lien Claiment made (a written) contract with (Owner) for the sum of Three Hundred Forty-Eight Thousand Two Hundred Dollars ($348,200.00).

3. On June 30, 2015, Lien Claimant substantially completed thereunder [all required to be done by said contract and extras] [delivery of materials] to the value of $348,200.00) [except from time to time thereafter].

4. On information and belief, the labor, materials, supplies, equipment and services for said work and in the improvement of the aforementioned premises performed and supplied by Lien Claimant was done with the knowledge and consent of the Owner of the beneficial interest in the above named Trust holding record title to the premises.

By *Sabiha Waheed*
Sabiha Waheed
Kinetic Management

Prepared By: Sabha Waheed
Address : 18w686 31st Street
Oak Brook IL 60523

## EXHIBIT "A"

THE FOLLOWING DESCRIBED REAL ESTATE SITUATED IN THE COUNTY OF DUPAGE IN THE STATE OF ILLINOIS TO WIT:

LOT 5 IN YORKSHIRE WOODS, BEING A SUBDIVISION OF PART OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 20 AND THE EAST 50 FEET OF THE EAST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 19, TOWNSHIP 39 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED DECEMBER 2, 2005 AS DOCUMENT R2005-266696, IN DU PAGE COUNTY, ILLINOIS.

P.I.D#: 06-20-301-051-0000

STATE OF ILLINOIS                              )
                                               ) SS.
COUNTY OF  _Du page_                           )


      The Affiant, _Sabiha Waheed_ being first duly sworn, on oath deposes and says that
she is _____ President of _Kinetic Mgmt_ , Lien Claimant; that she has read the
foregoing claim for lien and knows the contents thereof; and that all statements therein contained
are true.

                              _Sabiha Waheed_
                                Sabiha Waheed
                             Kinetic Management


Subscribed and sworn to me
this _21_ day of _Augun_, 20_15_

_____
Notary Public

OFFICIAL SEAL
GEORGE C HADDOX
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/22/15