# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-31868 JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|
| Case Name: | Haris Aleem | | | Date Filed (f) or Converted (c): | 10/05/2016 (f) |
| | | | | 341(a) Meeting Date: | 11/01/2016 |
| For Period Ending: | 09/30/2018 | | | Claims Bar Date: | 05/10/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13026 Conifer St. Plainfield Il 60585-0000 Will | 196,500.00 | 0.00 | | 0.00 | FA |
| 2. 11 Bracken Ct. Lombard Il 60148-0000 Dupage | 574,625.00 | 0.00 | | 0.00 | FA |
| 3. Includes Electronic Equipment. | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 5. Cash | 85.00 | 0.00 | | 0.00 | FA |
| 6. Rental Income (u) | 0.00 | 1,782.80 | | 1,782.80 | FA |
| 7. Potential Avoidance Actions (u) Trustee is investigating potential avoidance actions. Value assigned is an estiamte only and cannot be used for any settlement/litigation purposes. | Unknown | 50,000.00 | | 0.00 | 50,000.00 |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $775,210.00 | $51,782.80 | $1,782.80 | $50,000.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

At this time, the estate has minimal assets, but the trustee believes that there are additional assets. However, it will take some time to locate and liquidate such assets. - Frank J. Kokoszka 2/6/2017

Trustee is investigating potential avoidance actions. - Frank J. Kokoszka 10/18/2017

Initial Projected Date of Final Report (TFR): 01/31/2018       Current Projected Date of Final Report (TFR): 01/31/2019

Trustee Signature:     /s/ Frank J. Kokoszka, Trustee       Date: 10/31/2018

Case 16-31868    Doc 88    Filed 10/31/18    Entered 10/31/18 16:36:56    Desc Main
            Document      Page 2 of 6

Frank J. Kokoszka, Trustee
19 South LaSalle Street
Ste 1201
Chicago, IL  60603-1419
312-443-9600
trustee@k-jlaw.com
(312) 443-9600
trustee@k-jlaw.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-31868 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Haris Aleem | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0223 |
| | Checking |
| Taxpayer ID No: XX-XXX7908 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/17 | 6 | Askounis & Darcy PC Client Trust Account<br>444 North Michigan Avenue<br>Suite 3270<br>Chicago, Illinois 60611 | Post-Petition Rental Income of Estate Property<br>This payment is pursuant to a state court order in a citation proceeding by a creditor of a corporate account. It was determined that the funds in the account were funds belonging to the individual debtor and not the corporate entity and such funds were turned over to the trustee. | 1122-000 | $1,782.40 | | $1,782.40 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,772.40 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,762.40 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,752.40 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,742.40 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,732.40 |
| 07/27/17 | 6 | Askounis & Darcy | | 1122-000 | $0.40 | | $1,732.80 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,722.80 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,712.80 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,702.80 |

Page Subtotals: $1,782.80    $80.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-31868 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Haris Aleem | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0223 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7908 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,692.80 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,682.80 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,672.80 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,662.80 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,652.80 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,642.80 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,632.80 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,622.80 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,612.80 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,602.80 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,592.80 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,582.80 |

Page Subtotals:   $0.00   $120.00

**Page:** 3

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $1,782.80 | $200.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,782.80 | $200.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,782.80 | $200.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0223 - Checking | $1,782.80 | $200.00 | $1,582.80 |
|  | $1,782.80 | $200.00 | $1,582.80 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,782.80 |
| Total Gross Receipts: | $1,782.80 |

Trustee Signature:   /s/ Frank J. Kokoszka, Trustee   Date: 10/31/2018

Frank J. Kokoszka, Trustee
19 South LaSalle Street
Ste 1201
Chicago, IL  60603-1419
312-443-9600
trustee@k-jlaw.com
(312) 443-9600
trustee@k-jlaw.com

Page Subtotals:                                                                 $0.00         $0.00